**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR VELASQUEZ,<br><br>        Petitioner,<br><br>vs.<br><br>K. HARRINGTON, WARDEN,<br><br>        Respondent. | CASE NO. CV 10-05100 JAK (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of OSCAR VELASQUEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 13, 2012

*/s/ John A. Kronstadt*

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE